UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

TONY MILLER #419276,

    Plaintiff,

v

PAUL KLEE, NICKOLAS LESLIE,
HERB BRIGHTON, STEPHEN YOUNG,
and BRENT,

    Defendants.

No. 2:17-cv-11006

HON. DAVID M. LAWSON

MAG. STEPHANIE DAWKINS DAVIS

| Tony Miller #419276<br>*In Pro Per*<br>Michigan Reformatory<br>1342 W. Main Street<br>Ionia, MI  48846 | Adam P. Sadowski (P73864)<br>Assistant Attorney General<br>Attorney for MDOC Defendants<br>Civil Litigation, Employment &<br>Elections Division<br>P.O. Box 30736<br>Lansing, MI  48909<br>517.373.6434 |
|---|---|

                                        **APPEARANCE**

Adam P. Sadowski, Assistant Attorney General for the State of Michigan, hereby enters his appearance as counsel for **Defendants, Nickolas Leslie, Herb Brighton and Stephen Young (MDOC Defendants)** in the above cause.

                                        Respectfully submitted,

                                        Bill Schuette
                                        Attorney General

                                        */s/ Adam P. Sadowski*
                                        Adam P. Sadowski (P73864)
                                        Assistant Attorney General
                                        Attorney for MDOC Defendants
                                        Civil Litigation, Employment &
                                        Elections Division
                                        P. O. Box 30736
                                        Lansing, Michigan  48909
                                        517.373.6434
                                        sadowskia@michigan.gov
Dated:  July 26, 2017                        P73864

## CERTIFICATE OF SERVICE (E-FILE)

I certify that on July 26, 2017, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record, and I certify that my secretary has mailed by U.S. Postal Service the papers to any non-ECF participant:

Tony Miller #419276
Michigan Reformatory
1342 W. Main Street
Ionia, MI  48846

                                                    */s/ Adam Sadowski*
                                                    Adam Sadowski
                                                    Assistant Attorney General