UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TONY MILLER #419276,

    Plaintiff,

v

PAUL KLEE, NICKOLAS LESLIE,
HERB BRIGHTON, STEPHEN YOUNG,
and BRENT,

    Defendants.

No. 2:17-cv-11006

HON. DAVID M. LAWSON

MAG. STEPHANIE DAWKINS DAVIS

| Tony Miller #419276 | Adam P. Sadowski (P73864) |
|---|---|
| *In Pro Per* | Assistant Attorney General |
| Michigan Reformatory | Attorney for MDOC Defendants |
| 1342 W. Main Street | Civil Litigation, Employment & |
| Ionia, MI  48846 | Elections Division |
|  | P.O. Box 30736 |
|  | Lansing, MI  48909 |
|  | 517.373.6434 |

/

**APPEARANCE**

    Adam P. Sadowski, Assistant Attorney General for the State of Michigan, hereby enters his appearance as counsel for **Defendant, Michael Brent**, in

addition to Defendants, Nickolas Leslie, Herb Brighton and Stephen Young (MDOC Defendants) in the above cause.

Respectfully submitted,

Bill Schuette
Attorney General

*/s/ Adam P. Sadowski*
Adam P. Sadowski (P73864)
Assistant Attorney General
Attorney for MDOC Defendants
Civil Litigation, Employment &
Elections Division
P. O. Box 30736
Lansing, Michigan  48909
517.373.6434
sadowskia@michigan.gov
P73864

Dated:  March 6, 2018

## CERTIFICATE OF SERVICE (E-FILE)

I certify that on March 6, 2018, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will provide electronic copies to counsel of record, and I certify that my secretary has mailed by U.S. Postal Service the papers to any non-ECF participant:

Tony Miller #419276
Michigan Reformatory
1342 W. Main Street
Ionia, MI  48846

*/s/Adam Sadowski*
Adam Sadowski
Assistant Attorney General

2