UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TONY MILLER #419276,

    Plaintiff,

v

PAUL KLEE, NICKOLAS LESLIE, HERB BRIGHTON, STEPHEN YOUNG, and BRENT,

    Defendants.

No. 2:17-cv-11006

HON. DAVID M. LAWSON

MAG. STEPHANIE DAWKINS DAVIS

---

| | |
|---|---|
| Tony Miller #419276<br>*In Pro Per*<br>Michigan Reformatory<br>1342 W. Main Street<br>Ionia, MI  48846 | Brandon W. Waddell (P81494)<br>Adam P. Sadowski (P73864)<br>Assistant Attorneys General<br>Attorneys for MDOC Defendants<br>Civil Litigation, Employment &<br>Elections Division<br>P.O. Box 30736<br>Lansing, MI  48909<br>517.373.6434 |

/

## **APPEARANCE**

Brandon W. Waddell, Assistant Attorney General for the State of Michigan, hereby enters his appearance as co-counsel for **Defendants,**

**Paul Klee, Michael Brent, Nickolas Leslie, Herb Brighton and Stephen Young (MDOC Defendants)**, in the above cause.

        Respectfully submitted,

        Bill Schuette
        Attorney General

        *s/ Brandon W. Waddell*
        Brandon W. Waddell
        Assistant Attorney General
        Attorney for MDOC Defendants
        Civil Litigation, Employment &
        Elections Division
        P.O. Box 30736
        Lansing, MI 48909
        (517) 373-6434
        waddellb@michigan.gov
        P81494

Dated: May 18, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2018, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such. I also mailed the foregoing paper via US Mail to all non-ECF participants.

Tony Miller #419276
Michigan Reformatory
1342 W. Main Street
Ionia, MI  48846

        *s/ Brandon W. Waddell*
        Brandon W. Waddell
        Assistant Attorney General
        Attorney for MDOC Defendants