UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TONY MILLER,

        Plaintiff,

v.

PAUL KLEE,

        Defendant.

Case No. 17-11006

Honorable: David M. Lawson

| Thomas W. Cranmer (P25252)<br>Miller, Canfield, Paddock and Stone<br>840 West Long Lake Road<br>Suite 150<br>Troy, MI 48098-6358<br>Telephone: (248) 267-3381<br>Email: cranmer@millercanfield.com<br><br>*Attorney for Plaintiff* | Michael R. Dean (P71333)<br>Michigan Department of Attorney General<br>P.O. Box 30217<br>525 W. Ottawa Street<br>Lansing, MI 48909<br>Telephone: (517) 335-3055<br>Email: deanm2@michigan.gov<br><br>*Attorney for Defendant* |
|---|---|

## **APPEARANCE OF THOMAS W. CRANMER**

## **APPEARANCE OF THOMAS W. CRANMER**

PLEASE TAKE NOTICE that Thomas W. Cranmer of the law firm Miller, Canfield, Paddock and Stone, PLC, has this day entered an appearance as attorney for Plaintiff, Tony Miller in the above-entitled matter.

        Respectfully submitted,

        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

        By:   s/Thomas W. Cranmer
              Thomas W. Cranmer (P25252)
              840 West Long Lake Road, Suite 150
              Troy, MI 48098
              Telephone: (248) 267-3381
              cranmer@millercanfield.com

Dated: May 11, 2020         *Attorney for Plaintiff Tony Miller*

## CERTIFICATE OF SERVICE

Thomas W. Cranmer of Miller Canfield Paddock & Stone states that on the 11th day of May 2020 he served a copy of Appearance of Thomas W. Cranmer using the ECF system which will send notification of such filing to all counsel of record.

        Respectfully submitted,

        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By:   s/Thomas W. Cranmer
       Thomas W. Cranmer (P25252)
       Miller Canfield Paddock & Stone, PLC
       840 West Long Lake Road, Suite 150
       Troy, MI 48098
       Telephone: (248) 267-3381
       cranmer@millercanfield.com
       *Attorney for Plaintiff Tony Miller*

35848264.1\088888-03248